RECEIVED
W D I A R

APR 2 9 2010

U. S. CLERK'S OFFICE

U.S. DISTRICT COURT
ESTERN DISTRICT ARKANSAS
FILED

MAY 10 2010

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### Harrison _____ DIVISION

David Stebbins
_____
(Plaintiff)

_____

(Your name, address, telephone number)

vs.

Civil Action No. 10-3041
(To be supplied by clerk)

Mid States Promotions
(Defendant(s))
Jason Jones

_____

(Names(s), address(es), telephone number(s)

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.     This action is brought pursuant to:

_____ Age Discrimination in Employment Act

X   Americans With Disabilities Act

_____ Title VII of the Civil Rights Act

2.     Plaintiff filed charges against the defendant(s) with the Equal Employment

Opportunity Commission on _March_ , _2010_ charging defendant(s) with acts
                              (Month/Day)      (Year)

of discrimination based on (1) _____ age, (2) _X_ disability, (3) _____ race, (4) _____ color,

(5) _____ sex, (6) _____ religion, (7) _____ national origin.   A copy of the charges filed with the

EEOC is attached to this complaint.

-12-

3.    The Equal Employment Opportunity Commission issued a Determination and/or Notice of Right to Sue which was received by plaintiff on _April 19_, 20_10_, a copy of which is attached to this complaint.

4.    Defendant(s) discriminated against plaintiff by:

(a)        _X_ failing to employ plaintiff,

(b)        _____ terminating plaintiff's employment,

(c)        _____ failing to promote plaintiff,

(d)        _____ _____

_____

_____

_____

5.    The act(s) of discrimination complained of occurred on or about _January_, 20_10_. Briefly describe: _The owner upheld his decision to refuse to consider for employment, despite his original reason being illegal._

_____

_____

_____

-13-



6.    The defendant(s):

    (a)    __X__    is/are still committing

    (b)    _____    is/are no longer committing

    (c)    _____    may still be committing

the acts set forth in the above paragraph.

7.    WHEREFORE, Plaintiff prays for the following relief:

    (a)    _____    Defendant(s) be directed to employ plaintiff.

    (b)    _____    Defendant(s) be directed to re-employ plaintiff.

    (c)    _____    Defendant(s) be directed to promote plaintiff.

    (d)    __X__    Defendant(s) be directed to reimburse the lost profits I have suffered due to loss of reputation in the wrestling business

and for such other relief as may be appropriate, including injunctive orders, damages, costs and

attorneys fees.

8.    **Jury Demand:** I hereby _demand_ a trial by jury of any issue triable

(Demand/Waive)

of right by a jury.

_David A. Stephens_

(Signature of Plaintiff)

-14-