IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                             PLAINTIFF

v.                        Civil No. 10- 3041

MID STATES PROMOTIONS;
and JASON JONES                                      DEFENDANTS

### **ORDER**

David Stebbins submitted this *pro se* action for filing under the provisions of the Americans with Disabilities Act. The clerk is directed to file the *in forma pauperis* (IFP) application and complaint.

Plaintiff is directed to file an amended complaint by **May 31, 2010.** The amended complaint should: (1) have the address for each defendant listed; (2) indicate whether Mid States Promotions is a business entity such as a corporation; (3) if Mid States Promotion is a corporation or other business entity required to register with the Secretary of State, the court should be provided with the name and address of Mid States Promotions registered agent for service of process; (4) indicate what position Jason Jones held; (5) have attached a copy of the charge of discrimination filed with the Equal Employment Opportunity Commission (EEOC); and (6) have attached a copy of the notice of right to sue received from the EEOC.

With respect to the application to proceed IFP, plaintiff failed to complete subparts a, b, c, and e of question number 3. All information requested on the application form is needed for the court to determine if plaintiff qualifies for IFP status. **Plaintiff is given until May 31, 2010, to**

-1-

provide the court with a completed IFP application or pay the $350 filing fee. The clerk is directed to send the plaintiff a blank IFP application.

Plaintiff is advised that failure to comply with this order will result in the summary dismissal of this case. Plaintiff is further advised that he has an obligation to keep the court informed of any changes in his address. If he fails to do so and the court receives returned mail, the case will be subject to dismissal.

IT IS SO ORDERED this __7__ day of May 2010.

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAY 10 2010

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

/s/ J. Marschewski
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)