RECEIVED
WD/AR
APR 29 2010
U.S. CLERK'S OFFICE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
MAY 24 2010
CHRIS R. JOHNSON, CLERK
BY _____ DEPUTY CLERK

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
MAY 10 2010
CHRIS R. JOHNSON, CLERK
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# Harrison DIVISION

David Stebbins
(Plaintiff)
1407 N Spring Rd, APT #5
Harrison, AR 72601   (870)204-6024
(Your name, address, telephone number)

vs.                                     Civil Action No. 10-3041
                                        (To be supplied by clerk)

Mid States Promotions
(Defendant(s))
Jason Jones   (870) 577-7433
2893 Big Oak Rd, Harrison, AR 72601
(Names(s), address(es), telephone number(s))

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1. This action is brought pursuant to:

   _____ Age Discrimination in Employment Act

   __X__ Americans With Disabilities Act

   _____ Title VII of the Civil Rights Act

2. Plaintiff filed charges against the defendant(s) with the Equal Employment Opportunity Commission on _March_, _2010_ charging defendant(s) with acts
(Month/Day)  (Year)

of discrimination based on (1) _____ age, (2) _X_ disability, (3) _____ race, (4) _____ color, (5) _____ sex, (6) _____ religion, (7) _____ national origin.  A copy of the charges filed with the EEOC is attached to this complaint.

-12-

3. The Equal Employment Opportunity Commission issued a Determination and/or Notice of Right to Sue which was received by plaintiff on April 19, 2010, a copy of which is attached to this complaint.

4. Defendant(s) discriminated against plaintiff by:

   (a)   _X_  failing to employ plaintiff,

   (b)   ____ terminating plaintiff's employment,

   (c)   ____ failing to promote plaintiff,

   (d)   _____

   _____

   _____

5. The act(s) of discrimination complained of occurred on or about January, 2010. Briefly describe: The owner upheld his decision to refuse to consider for employment, despite his original reason being illegal.

-13-

6. The defendant(s):

    (a)   __X__ is/are still committing

    (b)   _____ is/are no longer committing

    (c)   _____ may still be committing

the acts set forth in the above paragraph.

7. WHEREFORE, Plaintiff prays for the following relief:

    (a)   _____ Defendant(s) be directed to employ plaintiff.

    (b)   _____ Defendant(s) be directed to re-employ plaintiff.

    (c)   _____ Defendant(s) be directed to promote plaintiff.

    (d)   __X__ Defendant(s) be directed to *reimburse the lost profits I have suffered due to loss of reputation in the wrestling business*

and for such other relief as may be appropriate, including injunctive orders, damages, costs and attorneys fees.

8. **Jury Demand:** I hereby *demand* a trial by jury of any issue triable of right by a jury.
(Demand/Waive)

*[Signature]*
(Signature of Plaintiff)

-14-

**Complaints and Other Initiating Documents**
3:10-cv-03041-RTD Stebbins v. Mid South Promotions et al

U. S. District Court

Western District of Arkansas

**Notice of Electronic Filing**

The following transaction was entered on 5/10/2010 at 12:13 PM CDT and filed on 5/10/2010
**Case Name:**       Stebbins v. Mid South Promotions et al
**Case Number:**     3:10-cv-03041-RTD
**Filer:**           David Stebbins
**Document Number:** 1

**Docket Text:**
**COMPLAINT with Jury Demand against Jason Jones and Mid South Promotions, filed by David Stebbins.(lw)**

3:10-cv-03041-RTD Notice has been electronically mailed to:

3:10-cv-03041-RTD Notice has been delivered by other means to:

David Stebbins
1407 N Spring Road
Apt. #5
Harrison, AR 72601

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1094675213 [Date=5/10/2010] [FileNumber=496733-0]
[3fa6997c5278301cd4720aa767dedc5a243160b89c6b06b216e87fd3eab769dd2be6
510d86d33a2259630d9ccc9a9f677a38b72fa9f6a04aa5ff0e80d7c27808]]

https://ecf.arwd.circ8.dcn/cgi-bin/Dispatch.pl?61290379639719                    5/10/2010

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| **To:** David A. Stebbins<br>1407 N Spring Rd Apt. # 5<br>Harrison, AR 72601 | **From:** Little Rock Area Office<br>820 Louisiana<br>Suite 200<br>Little Rock, AR 72201 |

[ ]    *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 490-2010-00968 | Jimmy W. Jones, Investigator | (501) 324-6212 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]    The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]    Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]    The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[X]    Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ]    The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]    The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]    Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Virginia C. Pollard / J.J.*
Virginia C. Pollard,
Acting Director

APR 1 6 2010
*(Date Mailed)*

Enclosures(s)

cc:    Jason Jones
Owner
MID STATES PROMOTIONS
2843 Big Oak Road
Harrison, AR 72601

Enclosure with EEOC
Form 161 (11/09)

# INFORMATION RELATED TO FILING SUIT UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.
If you also plan to sue claiming violations of State law, please be aware that time limits and other provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit <u>before 7/1/10</u> – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

**IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.**

Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 490-2010-00968 |

_____ and EEOC
State or local Agency, if any

**Name** (indicate Mr., Ms., Mrs.)
Mr. David A. Stebbins

**Home Phone** (Incl. Area Code): (870) 204-6024

**Date of Birth:** 12-29-1988

**Street Address:** 1407 N Spring Rd Apt. # 5, Harrison, AR 72601

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name:** MID STATES PROMOTIONS

**No. Employees, Members:** 15 - 100

**Phone No.:** (870) 577-7433

**Street Address:** 2843 Big Oak Road, Harrison, AR 72601

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 01-01-2009
Latest: 01-31-2009
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I paid for and participated in a training program to become a Professional Wrestling Manager from June 2008 to January 2009. In January of 2009, the owner sent an e-mail to me insinuating that he did not want me to continue to participate in the training program.

I believe I was discharged from the training program because of my disability in violation of the Americans with Disabilities Act of 1990, as amended.

RECEIVED APR 15 2010 U.S. EEOC LRAO

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

x 4-13-2010  David A. Stebbins
Date    Charging Party Signature

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.



David A. Stebbins
1407 N Spring Rd, APT #5
Harrison, AR 72601

Arkansa Western Federal District Court
John Paul Hammerschmidt Fdrl Bldngs
35 East Mountain St., Rm 510
Fayetteville, AR 72761