IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                                           PLAINTIFF

    v.                                 Civil No. 10-3041

MID STATES PROMOTIONS;
and JASON JONES                                                                       DEFENDANTS

## ORDER

Plaintiff seeks leave to proceed *in forma pauperis* (Doc. 2 and Doc. 5). The motions are granted.

IT IS SO ORDERED this 26th day of May 2010.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

-1-

AO72A
(Rev. 8/82)