IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                                                    PLAINTIFF

v.                                    Civil No. 10-3041

MID STATES PROMOTIONS;
and JASON JONES                                                                              DEFENDANTS

## ORDER

By order entered on May 20, 2010, plaintiff was directed to file an amended complaint (Doc. 3). Among other things, the order directed plaintiff to attach to the amended complaint the charge of discrimination he filed with the Equal Employment Opportunity Commission (EEOC) and a copy of the notice of right to sue received from the EEOC.

On May 24, 2010, plaintiff filed the amended complaint. In the complaint itself, plaintiff alleges the act of discrimination occurred on or about January of 2010. However, in the EEOC charge, plaintiff alleges the act of discrimination occurred in January of 2009.

Plaintiff is directed to state the date on which he maintains he was discriminated against based on his disability and how he was discriminated against. If there were two separate acts of discrimination, one year apart, plaintiff is directed to provide the court with a copy of the second EEOC charge and notice of right to sue.

Plaintiff is directed to file a response to this order by **June 4, 2010.**

IT IS SO ORDERED this 26th day of May 2010.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

-1-

AO72A
(Rev. 8/82)