U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUN 1 1 2010

CHRIS R. JOHNSON, CLERK

BY _____
   DEPUTY CLERK

David Stebbins

1407 N Spring Rd, APT #5

Harrison, AR 72601

870-204-6024

Dear Fayetteville Federal District Court,

    I am writing in regards to Case No. 10-3041. As you are aware, my application to proceed in forma pauperis has been granted. Therefore, in accordance with the Federal Rules of Civil Procedure, Rule 4(c)(3), I would like you to have the US Marshal perform the service of ~~summons.~~ process.

Thank you,

David Stebbins

*/s/ David A. Stebbins*