IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                                                    PLAINTIFF

v.                                    Civil No. 10-3041

MID STATES PROMOTIONS;
and JASON JONES                                                                              DEFENDANTS

### ORDER

On June 1, 2010, plaintiff filed a motion for service by the United States Marshal Service (Doc. 8). The motion is denied.

By order entered on May 26th (Doc. 7), plaintiff was directed to file a second amended complaint. The reason for this order was plaintiff stated in his complaint the acts of discrimination occurred in January of 2010. In the EEOC charge attached to the complaint, he alleged the acts of discrimination occurred in January of 2009. Plaintiff was directed to clarify this for the court by filing a second amended complaint by June 4, 2010. Plaintiff either did not understand the court order or did not receive it prior to his filing the motion for service. Plaintiff is given an extension of time until **June 18, 2010, to file his second amended complaint in compliance with the court's order (Doc. 7). Plaintiff is advised that failure to comply with this order will result in the dismissal of his case.**

IT IS SO ORDERED this 9th day of June 2010.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)