U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JUN 09 2010
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

RECEIVED
WD/AR
JUN 09 2010
U.S. CLERK'S OFFICE

David A. Stebbins
1407 N Spring Rd, APT #5
Harrison, AR 72601
870-204-6024
June 7, 2010

Dear Fayetteville Federal District Court,

    I am writing in regards to my case number 10-3041. Specifically, I am writing in regards to your demand that I correct the date in which the discrimination occurred.

    First of all, I profusely apologize for the late reply. I only received the letter from you sent today.

    The discrimination on which I am suing over took place on January 2010. However, the discrimination that the EEOC is referring to did, indeed, take place on January 2009. Jason Jones, the owner of Mid States Promotions, discriminated against me originally in January 2009. The discrimination was upheld in January 2010 when I asked him to discontinue the discrimination. By refusing to discontinue the discrimination, he committed a brand new act of discrimination, therefore, resetting the statute of limitations.

    The discrimination from January 2009 will be referred to in the discrimination that took place in January 2010. The reason for this is because, if his original discrimination was unlawful, he had no right to uphold it. If it was not unlawful, then it is lawful to uphold it. Discrimination of this kind is perpetual, which means that, if the discrimination is unlawful, he is constantly discriminating me. Therefore, the statute of limitations is also perpetual.

    Again, I apologize for the lack of punctuality. You can blame the Post Office for that.

Sincerely,
David A. Stebbins

*David A. Stebbins* (signature)

David Stebbins
1107 N Spring Rd. APT#5
Harrison, AR 72601

Fayettevillede Federal District Court
35 E. Mountain St, Rm 510
Fayetteville, AR 72701