U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JUN 09 2010
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

David A. Stebbins

1407 N Spring Rd, APT #5

Harrison, AR 72601

(870) 204-6024

June 7, 2010.

Dear Fayetteville Federal District Court,

I am writing in regards to case number 10-3041. As you can see, I am suing Mid States Promotions for discrimination under Title I of the Americans with Disabilities Act. I would also like to move to include Title III in the lawsuit, as he also discriminated me in a place of public accommodation. Explanation will be provided in the discovery phase.

Sincerely,

David A. Stebbins

*David A. Stebbins*

June 7, 2010

David Stebbins
1407 N Spring Rd, APT #5
Harrison, AR 72601

Fayetteville Federal District Court
35 E. Mountain St, Rm 510
Fayetteville, AR 72701