U. S.
WESTERN DISTRICT ARKANSAS
FILED

David A. Stebbins AUG 05 2010
1407 N Spring Rd    CHRIS R. JOHNSON, CLERK
APT #5                    BY
                              DEPUTY CLERK
Harrison, AR 72601

RECEIVED
WD/AR
AUG 02 2010
U.S. CLERKS OFFICE

Dear U.S. District Court,
    I apologize for the handwritten letter; I have no printer ink.
    My name is David Stebbins, and I'm writing in regards to my cases against Mid States Promotions, the University of Arkansas, and Full Sail University.
    As you can see, I am suing all of them for $306,000,000 each. These are not separate injuries; they are all causing me this single, $306,000,000 injury. Therefore, I would like to merge these cases together.
    Please dismiss, without prejudice, my cases against the UA and Full Sail, and include these parties as joint defendants in case # 10-3041.

                    sincerely,
                    David A. Stebbins
                    David A. Stebbins



NW ARKANSAS AR 727

David A. Stebbins
1407 N. Spring Rd
APT #5
Harrison, AR 72601

U.S. District Court
35 E. Mountain R., Rm 510
Fayetteville, AR 72701

72701$5353