U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
AUG 2 6 2010
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

David Stebbins
1407 N Spring Rd, APT #5
Harrison, AR 72601
870-204-6024

Dear U.S. District Court, AR Western District,

 My name is David Stebbins, and I am writing in regards to case #10-3041. As you can see, I am suing Mid States Promotions, a sole proprietorship owned by Jason Jones, for discrimination in violation of Titles I and III of the Americans with Disabilities Act.

 While I understand that the statute prohibits punitive damages for Title III violations, it does not state this for Title I discrimination. As a result, I would like to amend my complaint a second time to include $50,000 in punitive damages (considering that Mid States Promotions has less than 100 employees, this is the maximum non-economic damages that I can ask for, per cause of action).

 Thank you, and please update my case, promptly.

Sincerely,
David Stebbins

*David A. Stebbins*