U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

AUG 2 6 2010

CHRIS R. JOHNSON, CLERK

BY
DEPUTY CLERK

David A. Stebbins
1407 N Spring Rd, APT #5
Harrison, AR 72601
870-204-6024

Dear Fayetteville Federal District Court Clerk,

    My name is David Stebbins, and I am writing in regards to case #10-3041.

    I attempted to serve the defendant (Jason Jones, owner of Mid States Promotions) with the summons and complaint, via the Post Office, while obtaining a return receipt. However, that did not come to fruition. The Post Office, for whatever reason, did not deliver it, and I receipt the letter back in the mail.

    I will not attempt to do this again, because, according to what you have told me, over the phone, because I am proceeding in forma pauperis, the court is supposed to direct the service of summons. Please do so at your earliest convenience.

    I hope to be credited with serving the defendant in this case, soon, without lifting another finger.

    Before I sign off, however, I should inform you of something. You might want to update my case after I inform you of this.

    I understand that I have listed my defendant as living on Big Oak Road. However, I have it on good hand that he has, since, moved to the below address:

        502 N Robinson St.
        Harrison, AR 72601

    I believe that this is his current address because 1) It says so on www.whitepages.com, 2) I contacted one of his relatives, who is still a friend of mine, and the relative was pretty sure that N Robinson St. was his current address; he just had not seen Jones in over a year, and 3) I went to his place of part-time employment, the Boone County Prison, and asked if they could confirm this belief. The person I talked to was unable to give me this confirmation (as he was protected by privacy laws), but she gave me some fairly strong hints. This is the trifecta of evidence that makes me fairly certain that this is his current address.

    If you are concerned about finding him, don't be. You can still serve him with the summons and complaint by sending the marshal (or, whoever you get to do it) to the Boone County Prison, outside of Harrison, where Jason Jones works, part time, as a jailor. If all else fails, you can visit him at work and give it to him, there.

    Thank you for your time.

Sincerely,
David Stebbins

*David A. Stebbins*