IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                                                          PLAINTIFF

      v.                                    Civil No. 10-3041

MID STATES PROMOTIONS;
and JASON JONES                                                                                    DEFENDANTS

## ORDER

Plaintiff has filed a motion to dismiss certain claims (Doc. 20).  In the motion, plaintiff is actually seeking to amend his prayer for relief.  Specifically, he indicates he is no longer claiming $306,000,000 in lost reputation/profits damages.  The motion (Doc. 20) is granted.  **The clerk is directed to file the motion as a supplement to the complaint.**

The court, having heretofore entered an order allowing the plaintiff to proceed *in forma pauperis* and directing the clerk to file the complaint, hereby directs the United States Marshal to serve the defendants Jason Jones d/b/a Mid States Promotions.  Plaintiff has indicated Mr. Jones' address is:  2843 Big Oak Road, Harrison, AR  72601.

Defendants are to be served without prepayment of fees and costs or security therefor. The defendants are ordered to answer within twenty-one (21) days from the date of service. **In responding to the complaint, Jason Jones is directed to indicate whether Mid States Promotions is a corporation or other type of business entity or whether he simply does business under that name.**

IT IS SO ORDERED this 23rd day of September 2010.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)