USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
OCT 13 2010
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| David Stebbins | 10-3041 |
| DEFENDANT | TYPE OF PROCESS |
| Mid States Promotions and Jason Jones | complaint/order/magistrate consent |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Jason Jones, d/b/a Mid States Promotions
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2843 Big Oak Road, Harrison, AR 72601

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Chief Magistrate Judge James R. Marschewski
P O Box 1525
Fort Smith, AR 72902

| | |
|---|---|
| Number of process to be served with this Form 285 | 5 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

U.S. MARSHAL SERVICE
RECEIVED 2010 SEP 23 PM 12:13

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold

Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Chief Magistrate Judge James R. Marschewski | | 479-783-7945 | 9/23/10 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 10 | District to Serve No. 10 | Signature of Authorized USMS Deputy or Clerk Whitney Cipp | Date 9/23/2010 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
JASON JONES

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
BOONE CTY SO
5800 LAW DRIVE
HARRISON, AR 72601

Date 10/5/2010  Time 10:00 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee 105.00 | Total Mileage Charges including endeavors) 180 MILES 90.00 | Forwarding Fee | Total Charges $255.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS (c) 870-577-7433 / JONES CALLED & CONFIRMED RECEIPT. (EMPLOYED @ BOONE CTY JAIL, HARRISON AR)

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00