U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS    David Stebbins
FILED                        1407 N Spring Rd
                                      APT #5
OCT 2 8 2010                 Harrison, AR 72601
CHRIS R. JOHNSON, CLERK         870-204-6024

                          BY
                      DEPUTY CLERK
Dear Fayetteville U.S. District Court,

    My name is David Stebbins, and I am writing in regards to case #10-3041.  Specifically, I am writing to request default.  I was told that the U.S. Marshal executed the service of summons on October 5, 2010, and that the deadline to respond was October 26, 2010.  It is now October 27, 2010, and I have not received any response to this summons.  Not by mail, not by in-person service, not by anything.

    I move for default, and request a hearing in court (this time, I will come there in person) to prove my damages.

    Thank you, and please respond with the date of my default judgment hearing, soon.

Sincerely,
David Stebbins

David Stebbins
1407 N. Spring Rd.
APT #5
Harrison, AR 72601

72701+5333

U.S. District Court
35 E. Mountain St.
Room 510
Fayetteville, AR 72701