```
           IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                     HARRISON DIVISION
```

**DAVID STEBBINS**                                                **PLAINTIFF**

        v.        Civil No. 10-3041

**MID STATES PROMOTIONS;**
**and JASON JONES**                                              **DEFENDANTS**

### O R D E R

    Now on this 1st day of November, 2010, comes on for consideration plaintiff's motion (document #25) asking the Court to grant him a default judgment. He recites that service of process was perfected on October 5, 2010, and that as of October 27, 2010, he had not received any response to the Complaint. The docket reflects, however, that an Answer was filed by Jason Jones and Mid States Promotions on October 26, 2010. Based on this, the Court finds plaintiff's motion without merit, and it is **denied**.

    **IT IS SO ORDERED.**

                                                      /s/ Jimm Larry Hendren
                                                    **JIMM LARRY HENDREN**
                                                    **UNITED STATES DISTRICT JUDGE**