U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
NOV 0 4 2010
CHRIS R. JOHNSON, CLERK
BY           DEPUTY CLERK

David Stebbins
1407 N Spring Rd
APT #5
Harrison, AR 72601

Dear U.S. District Court,

    My name is David Stebbins. I am writing on behalf of cases 10-3041, 10-5125, and 10-3086. Specifically, per 28 U.S.C. § 1915(e), I would like to move for you to appoint counsel.

    Also, regarding case #10-3086, per Fed R Civ. P 4(c)(3), I would like you to have the U.S. Marshal execute the service of summons.

    Thank you, and please update my cases promptly.

Sincerely,
David Stebbins

David Stebbins
1407 N. Spring Rd
APT #5
Harrison, AR 72601

U.S. District Court
35 E Mountain St.
Room 510
Fayetteville, AR 72701