```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                    HARRISON DIVISION
```

**DAVID STEBBINS**                                                    **PLAINTIFF**

        v.                Civil No. 10-3041

**MID STATES PROMOTIONS;**
**and JASON JONES**                                                   **DEFENDANTS**

## O R D E R

    Now on this 12th day of November, 2010, comes on for consideration plaintiff's letter motion (document #27), asking the Court to appoint counsel for him, and from said motion, and other matters and things appearing, the Court finds and orders as follows:

    1.    Plaintiff David Stebbins ("Stebbins") contends that the defendants, Mid States Promotions and Jason Jones, discriminated against him in violation of the Americans With Disabilities Act ("ADA").

    2.    Stebbins filed his suit *pro se*, and now asks the Court to appoint him a lawyer. Unfortunately for Mr. Stebbins, the federal government does not provide funds to pay for appointed counsel in civil suits. An appointment of counsel under **28 U.S.C. § 1915(e)** would amount to the Court ordering a private attorney to represent Stebbins without payment unless he prevails. This case presents no special circumstances which would persuade the Court to take such action.

    3.    Fortunately for Stebbins, his case arises under a

statute which provides for an award of attorney fees if he is the prevailing party.  If his case appears to have merit, Stebbins should be able to locate an attorney who is willing to take it on the expectation of payment if successful.  Doing so pursuant to one's own choice is a very different matter from doing so pursuant to Court Order.  Stebbins is encouraged to consult attorneys in the private section to see if he can obtain representation.

**IT IS THEREFORE ORDERED** that plaintiff's letter motion (document #27), asking the Court to appoint counsel, is **denied.**

**IT IS SO ORDERED.**

  /s/ Jimm Larry Hendren
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**