U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

NOV 2 2 2010

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### HARRISON DIVISION

**DAVID STEBBINS**                                                              **PLAINTIFF**

**vs.**                                              **CIVIL No. 10-3041**

**JASON JONES dba MID STATES PROMOTIONS**                    **DEFENDANTS**

## MOTION TO IMPOSE SANCTIONS

Comes now Plaintiff David Stebbins, who respectfully prays for the court to impose sanctions, appropriate for the filing of a frivolous defense.

Defendant, by way of his attorney, Matt Stone, raised the absolute defense that I failed to state a claim upon which relief can be granted. This is simply not true. If the Defendant or his attorney had actually *read* the complaint, along with all of its amended forms, they would know that I stated that Defendant had discriminated against me in violation of Titles I and III of the Americans with Disabilities Act. That, in and of itself, is a claim upon which relief can be granted.

Any reasonable lawyer would know that I have stated a claim upon which relief can be granted. In fact, the reasonable person – as defined by common law – would know that I have stated a claim upon which relief can be granted.

Wherefore, I respectfully pray that you dismiss the Defendant's absolute defense with the *utmost* prejudice, and impose sanctions on him, as well as Attorney Matt Stone, for filing a frivolous defense.

Sincerely,
David Stebbins



U.S. District Court,
35 E. Mountain St.
Room 510
Fayetteville, AR 72701

David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601