U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

DEC 0 1 2010

CHRIS R. JOHNSON, Clerk
By
             Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**DAVID STEBBINS**                                                            **PLAINTIFF**

vs.                                    **CIVIL No. 10-3041**

**JASON JONES dba MID STATES PROMOTIONS**                          **DEFENDANTS**

## MOTION TO COMPEL COOPERATION

Comes now, Plaintiff David Stebbins, who hereby requests the court to order the Defense to cooperate with me in attempting to confer.

Fed. R. Civ. P. 26(f) requires the parties to confer "as soon as practicable" to discuss the nature of the claims and defenses, create a scheduling order and discovery plan, and consider measures for promptly resolving the dispute.

I called Attorney Matt Stone, who is representing Defendant Jason Jones, on two separate occasions. On both occasions, I left a message on Stone's answering machine, reminding him that he was legally required to cooperate with my attempts to confer. The second attempt to call him was about one week ago. He had several reasonable opportunities to return my calls. He knew my phone number, as well as my street address. I also gave him my email address, when I called him for the first time.

The first time I called him was on the evening of Thursday, November 18, 2010. He probably heard the voicemail on Friday, November 19, 2010. After he failed to return that call, I attempted to call him, once again, on Wednesday, November 24, 2010. He still has not returned my calls.

This is ridiculous, Your Honor. I hereby respectfully move that you compel the Defendant's cooperation in my attempts to proceed with this litigation. If they blatantly violate an unambiguous rule of litigation, again, the defendant should be disqualified, and I should receive an automatic victory.

Sincerely,
David Stebbins



David Stebbins
1407 N. Spring Rd
APT #5
Harrison, AR 72601

U.S. District Court
35 E. Mountain St.
Room 510
Fayetteville, AR 72701