IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                                        PLAINTIFF

vs.                                          CIVIL No. 10-3041

JASON JONES dba MID STATES PROMOTIONS                         DEFENDANTS

### DEFENDANT"S RESPONSE TO PLAINITFF"S MOTION FOR SANCTIONS

Comes Now Defendant MID STATES PROMOTIONS and JASON JONES, by and through attorney Matt Stone of Stone Law of Mountain Home, Arkansas, and, pursuant to local Rule 7.2(b) respectfully states the following in Response to Plaintiff's Motion for Sanctions:

1. That there is absolutely no basis in fact or law for Plaintiff's Motion.

2. That the Plaintiff can cite only his disagreement with the defense stated by the Defendant as reason for sanctions.

3. That, just as in his Complaint, Plaintiff states legal conclusions rather than facts and law upon which relief can be granted.

4. That Plaintiff's Motion is clearly and obviously frivolous and gratuitous and lacks any legal merit whatsoever.

5. That Plaintiff's Motion fails to comply with Local Rule 7.2(a) for lack of a brief, and should therefore be disregarded, stricken, and held for naught.

6. That Plaintiff's Motion fails to comply with Local Rule 7.2(a) for lack of a concise statement of relevant facts and applicable law; mere recitations of the names or Title numbers of federal laws simply does not suffice.

7. That the Defendant and his legal counsel have read, re-read and carefully reviewed the Plaintiff's Complaint and all of its amended forms, and this can be easily ascertained from a review of the Defendant's Answer to said Amended Complaint in all its forms.

8. That the Defendant's defense is not at all frivolous but is rather offered in earnest response and good faith.

9. That, in particular, Defendant's reply in his Answer that, pursuant to Fed. R. Civ. P. 8(a)(2) and 12(b)(6), Plaintiff fails to state a claim upon which relief may be granted is a reasonably calculated and legally appropriate response and defense to Plaintiff's Complaint and therefore not frivolous.

10. That Plaintiff's Motion fails to cite or comply with Federal Rule of Civil Procedure 11(c)(2) in that it has been prematurely and gratuitously filed with this honorable Court and said Motion should be stricken, disregarded, and held for naught.

11. That, further pursuant to FRCP 11(c)(2), Defendant should be awarded reasonable costs, including attorney's fees, as the prevailing party in the matter of the Motion For Sanctions.

12. That Plaintiff's Motion is a frivolous pleading lacking any merit whatsoever and was filed only for the improper purposes of vexation, vengeful harassment, and pursuing undue financial gain.

WHEREFORE, for any or all of the foregoing reasons, Defendant, JASON JONES dba MID STATES PROMOTIONS, respectfully requests that the Plaintiff's Motion for Sanctions be denied and dismissed and that the Defendant be awarded the costs incurred, and that the Court award all other relief which it deems just and proper.

Respectfully submitted,

By: /s/ Matt Stone        AR   BAR NO. 2001143
MATT STONE   Attorney for the Defendant
STONE LAW
509 South Main St
Mountain Home, AR 72653
(870) 425-4177 voice
(870) -425-4186 fax
stone_esq@hotmail.com

**CERTIFICATE OF SERVICE**

I certify that on this 6th day of December , 2010, I caused a copy of the foregoing response  to be served upon Plaintiff David Stebbins via First-Class U.S. Mail, postage pat the following address:

David Stebbins
1407 N. Spring Rd.
Apt. #5
Harrison, AR 72601

/s/ Matt Stone
MATT STONE
Attorney for the Defendant