IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                    PLAINTIFF

vs.                              CIVIL No. 10-3041

JASON JONES dba MID STATES PROMOTIONS                DEFENDANTS

### BRIEF IN SUPPORT OF DEFENDANT"S RESPONSE TO PLAINITFF"S MOTION FOR SANCTIONS

Comes Now Defendant MID STATES PROMOTIONS and JASON JONES, by and through attorney Matt Stone of Stone Law of Mountain Home, Arkansas, and, pursuant to local Rule7.2(b) respectfully states the following in support of his Response to Plaintiff's Motion for Sanctions:

Plaintiff filed his Motion for Sanctions on November 22, 2010.

FRCP 11 (c)(2) Motion for Sanctions, states:

A motion for sanctions must be made separately from any other motion and must describe the specific conduct that allegedly violates Rule 11(b). The motion must be served under Rule 5, but it must not be filed or be presented to the court if the challenged paper, claim, defense, contention, or denial is withdrawn or appropriately corrected within 21 days after service or within another time the court sets. If warranted, the court may award to the prevailing party the reasonable expenses, including attorney's fees, incurred for the motion. In the case at bar, Plaintiff's Motion did not cite or follow this Rule and filed the Motion directly to the Court, all the while ignoring the 21 day safe harbor provision called for in the rule.

LOCAL RULE 7.2   MOTIONS, states:

(a) All motions except those mentioned in paragraph (d) shall be accompanied by a brief consisting of a concise statement of relevant facts and applicable law. Both documents shall be filed with the Clerk, and copies shall be served on all other parties affected by the motion. Plaintiff's Motion clearly failed to include a brief and consequently lacked a concise statement of relevant facts and applicable law. Just as in his Complain, Plaintiff merely makes offers legal conclusions.

   WHEREFORE, for any or all of the foregoing reasons, Defendant, JASON JONES  dba MID STATES PROMOTIONS, respectfully requests that the Plaintiff's Motion for Sanctions be denied and dismissed and that the Defendant be awarded the costs incurred, and that the Court award all other relief which it deems just and proper.

                           Respectfully submitted,

               By:   /s/ Matt Stone          AR   BAR NO. 2001143
                     MATT STONE   Attorney for the Defendant
                     STONE LAW
                     509 South Main St
                     Mountain Home, AR 72653
                     (870) 425-4177 voice
                     (870) -425-4186 fax
                     stone_esq@hotmail.com

## CERTIFICATE OF SERVICE

   I certify that on this 6th day of December , 2010, I caused a copy of the foregoing brief to be served upon Plaintiff David Stebbins via First-Class U.S. Mail, postage pat the following address:
                           David Stebbins

          1407 N. Spring Rd.
          Apt. #5
          Harrison, AR 72601

<u>/s/ Matt Stone</u>
MATT STONE
Attorney for the Defendant