U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
DEC 09 2010
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID A. STEBBINS                                                          PLAINTIFF

vs.                              Civ. No. 10-3041

JASON JONES, dba MID STATES PROMOTIONS                    DEFENDANTS

## MOTION TO REVOKE PREVIOUS MOTION

      Comes now plaintiff David Stebbins, who hereby moves to revoke a previously-filed motion.

      Specifically, I wish to revoke the motion to impose sanctions against Attorney Matt Stone, for failure to cooperate. He called me on December 7, 2010, which nullifies his lack of cooperation.

Sincerely,
David Stebbins