```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                    HARRISON DIVISION
```

**DAVID STEBBINS**                                              **PLAINTIFF**

       v.        Civil No. 10-3041

**MID STATES PROMOTIONS;**
**and JASON JONES**                                             **DEFENDANTS**

## O R D E R

Now on this 27th day of January, 2011, come on for consideration the following:

    *   plaintiff's **Motion To Impose Sanctions** (document #31;

    *   plaintiff's **Motion To Compel Cooperation** (document #32); and

    *   plaintiff's **Motion To Revoke Previous Motion** (document #35),

and from said motions, and the response thereto, the Court finds and orders as follows:

    1.   In his Complaint filed May 10, 2010, plaintiff contends that the defendants discriminated against him in violation of the Americans With Disabilities Act ("ADA").

    2.   After various motions and other pleadings had been filed, defendants filed their Answer to the Amended Complaint on October 26, 2010.

    3.   On November 9, 2010, the Court entered its Initial Scheduling Order, which set this case for trial on February 27, 2012, and which, among other things, also directed the parties to

conduct their **F.R.C.P 26(f)** conference no later than December 9, 2010, and to file a Joint Report of such conference within fourteen days after it was conducted.

4.   The docket of this case shows that the parties did not file a **26(f)** report within the time specified by the Court's Initial Scheduling Order -- and that they have not filed one as of the date of this Order.  Moreover, the contents of the motions mentioned above -- and the contents of defendant's responses to them -- indicate that the parties have not yet conducted the conference ordered by the Court.

5.   On November 22, 2010, plaintiff filed his Motion To Impose Sanctions, essentially contending that defendants' had asserted frivolous defenses to his Complaint and asking that the Court sanction them for doing so.

On December 7, 2010, defendants responded, strongly denying that their stated defenses were frivolous and contending that plaintiff was entitled to no relief on the motion.

6.   On December 1, 2010, plaintiff filed his Motion To Compel Cooperation, reciting that he had attempted to contact defense counsel so as to conduct the **26(f)** conference, but without success.  The Motion To Revoke Previous Motion, however, states that defense counsel did call plaintiff on December 7, 2010 -- a date after the dates on which plaintiff states he tried to contact defense counsel.

7. The contents of the two motions, and the one response, are such as to suggest that the parties are either unwilling or unable -- or both -- to come to the table and conduct their **26(f)** conference in an orderly and professional manner. As the situation now stands, all parties are in violation of the Court's Initial Scheduling Order, with neither excuse nor explanation offered.

8. The Court will not countenance such a situation. The parties will obey the Court's Orders, or they will suffer the consequences, which may be anything from a contempt citation to dismissal of the Complaint or striking of the Answer. The Court finds that the appropriate consequence at the present time is to direct the parties to appear before it at 9:00 a.m. on Monday, February 7, 2011, to explain why they have not conducted the **26(f)** conference as ordered.

Following their court appearance, the parties will be expected to conduct their **26(f)** conference in a conference room in the Court's chambers, and to prepare and file a report of that conference that same day.

In the meantime, the Court will take the Motion To Compel Cooperation under advisement.

9. The Motion To Revoke Previous Motion will be granted, and, because the relief therein sought is withdrawal of the Motion To Impose Sanctions, that motion will be denied as moot.

**IT IS THEREFORE ORDERED** that plaintiff's **Motion To Impose Sanctions** (document #31) is **denied as moot.**

**IT IS FURTHER ORDERED** that plaintiff's **Motion To Compel Cooperation** (document #32) is **taken under advisement,** and plaintiff and defense counsel are directed to appear at 9:00 a.m. on February 7, 2011, to explain why they have not conducted the **26(f)** conference as ordered.

**IT IS FURTHER ORDERED** that, following their court appearance on February 7, 2011, the parties will conduct their **26(f)** conference in a conference room in the Court's chambers, and will prepare and file a report of that conference that same day.

**IT IS FURTHER ORDERED** that plaintiff's **Motion To Revoke Previous Motion** (document #35) is **granted.**

**IT IS SO ORDERED.**

                                                    /s/ Jimm Larry Hendren  
                                                    **JIMM LARRY HENDREN**  
                                                    **UNITED STATES DISTRICT JUDGE**