U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
FEB 14 2011
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID A. STEBBINS                                                    PLAINTIFF

vs.                          Civ. No. 10-3041

JASON JONES, dba MID STATES PROMOTIONS                DEFENDANTS

## MOTION TO RESCHEDULE APPOINTMENT

Comes now Plaintiff David Stebbins, who respectfully submits the following motion to reschedule the appointment for February 7, 2011 at 9AM.

I only received this order to appear today, on February 8, 2011. Even if I had received it earlier, I would not have been able to attend, because I had small claims court on Feb. 7, 2011, here in Harrison.

Furthermore, I respectfully request that you not only reschedule the date, but also, that you schedule this for a telephone conference, with three way calling, between the judge, attorney Matt Stone, and myself. You have both phone numbers on file, so it should not be much of a problem. This would save both parties the cost and inconvenience of having to drive to Fayetteville.

It is so humbly requested, on this 8th day of February 2011.

David Stebbins
1407 N Spring Rd, APT #5
Harrison, AR 72601
Phone: 870-204-6024
stebbinsd@yahoo.com

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**DAVID A. STEBBINS**            **PLAINTIFF**

vs.            Civ. No. 10-3041

**JASON JONES, dba MID STATES PROMOTIONS**            **DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned hereby declares that a true and correct copy of
    Plaintiff's Motion to Reschedule Conference
was served on

Matt Stone
509 S Main St
Mountain Home, AR 72653
Phone: 870-425-4177
stone_esq@hotmail.com
Attorney for: Defendants

by transmitting a copy via email transmission to stone_esq@hotmail.com, on the 8th day of February, 2011.

*David Stebbins*
David Stebbins
1407 N Spring Rd, APT #5
Harrison, AR 72601
Phone: 870-204-6024
stebbinsd@yahoo.com

David Stebbins
1407 N Spring Rd
Apt #2
Harrison, AR 72601

U.S. District Court
35 E Mountain St.
Room 510
Fayetteville, AR 72701