U. S. DISTRICT COURT
WESTERN DISTRICT ARKANS, S
FILED

FEB 15 2011

CHRIS R. JOHNSON, CLERK

BY
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**DAVID A. STEBBINS**                                                   **PLAINTIFF**

**vs.**                                        Civ. No. 10-3041

**JASON JONES, dba MID STATES PROMOTIONS**                **DEFENDANTS**

## MOTION TO COMPEL COOPERATION

Comes now Plaintiff David Stebbins, who respectfully submits the following motion to compel cooperation.

The parties were required to reach an agreement regarding a discovery plan and scheduling order, in mid December, 2010.  While I have made good faith efforts to reach said agreement, the Defendants have consistently cold-shouldered said attempts.  The only time I received any response at all was when I was threatening to file a motion to compel cooperation; even then, they simply denied that the motion would have merit.

Therefore, in compliance with Local Rule 7.2(g), I attest that I have attempted, in good faith, to obtain voluntary cooperation from the Defendant, and cannot do so without court intervention.

I hereby respectfully request that you issue an order compelling the defendants to cooperate in this procedure, or else face sanctions, including, but not limited to, disqualification from the case, and a default judgment awarded to the Plaintiff.  Furthermore, I move that the court award costs incurred by the Plaintiff for this failure.

It is so humbly requested, on this 31st day of December, 2010.

David A. Stebbins
1407 N Spring Rd, APT #5
Harrison, AR 72601
Phone: (870) 204 – 6024
stebbinsd@yahoo.com

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS
### FAYETTEVILLE DIVISION

**DAVID A. STEBBINS**                                      **PLAINTIFF**

**vs.**                          **Civ. No. 10-3041**

**JASON JONES, dba MID STATES PROMOTIONS**        **DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of
    Plaintiff's Motion to Compel Cooperation
and
    Plaintiff's Brief in Support of Motion to Compel Cooperation
was served upon:

Matt Stone
509 S. Main St.
Mountain Home, AR 72653
(870) 425-4177
stone_esq@hotmail.com

by email transmission to stone_esq@hotmail.com, on the 31st day of December, 2010.

David A. Stebbins
1407 N Spring Rd, APT #5
Harrison, AR 72601
Phone: (870) 204 – 6024
stebbinsd@yahoo.com

David Stebbins
1407 N Spring Rd
APT #5
Harrison, AR 72601

U.S. District Court,
35 E. Mountain St.
Room 510
Fayetteville, AR 72701

USA FIRST CLASS FOREVER