IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                              PLAINTIFF

VS.                          3:10-cv-03041-JLH

JASON JONES    dba
MID STATES PROMTIONS                                        DEFENDANT

## MOTION FOR SUMMARY DISMISSAL OF PLAINTIFF'S MOTION TO RESCHEDULE APPOINMENT

COMES NOW the Defendant Jason Jones et al, and pursuant to Local Rules 6.2 and 7.2, respectfully states the following for his Motion:

1. The Plaintiff failed to appear or participate in the Court-Ordered Rule 26(f) conference on February 7, 2011 in Harrison.

2. That this Hearing was Ordered on January 27, 2011.

3. That there was more than adequate time for Plaintiff to receive notice, even by U.S. Mail.

4. That the Plaintiff filed a Motion Reschedule Appointment after the time for the hearing had come and gone and completely ru and expired.

5. Said Motion was dated February 8, 2001, and marked for filing February 14, 2011.

6. Said Motion amounts to a retroactive request for an extension of time to appear or for leave to appear out of time, operating as a request for continuance or expansion of time after the fact.

7. Said Motion fails to comply with Local Rule 6.2(b) in that it lacks a statement that the movant has contacted the adverse party with regard to the Motion and fails to state whether the adverse party is opposed to same. Movant did not so contact Defendant prior

to his Motion.

8. Defendant is, was , and would have been in fact so opposed as it regards extending Plaintiff's time or opportunity to appear.

9. Pursuant to Local Rule 6.2, Plaintiff's Motion should be summarily dismissed.

10. That since said Motion is not exempted in Local Rule 7.2(d) since the request was not made before the expiration of the period originally prescribed, it is required to be accompanied by a brief, and there is none.

11. Therefore Plaintiff's Motion to Reschedule Appointment should be summarily dismissed.

WHEREFORE Defendant prays that the Plaintiff's Motion to Reschedule Appointment will be summarily dismissed for any or all of the above reasons or for any reason the Court sees fit.

Respectfully submitted,

JASON JONES, et al, Defendnat

By;   _/s/ Matt Stone_____
Matt Stone    AR BAR NO. 20011143
509 South Main
Mountain Home, AR 72653
870-425-4177 voice
870-425-4186 fax
stone_esq@hotmail.com

CERTIFICATE OF SERVICE

I certify by my signature below that a true and accurate copy of the foregoing Motion has been served on Plaintiff on this the 22nd day of February, 2011, by email to stebinns@yahoo.com, where he has agreed to receive service.

/s/ Matt Stone