IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                            PLAINTIFF

VS.                                      3:10-cv-03041-JLH

JASON JONES     dba
MID STATES PROMTIONS                                              DEFENDANT

### BRIEF IN SUPORT OF MOTION FOR SUMMARY DISMISSAL OF PLAINTIFF'S MOTION TO RESCHEDULE APPOINMENT

COMES NOW the Defendant Jason Jones et al, and respectfully states the following for his Brief:

After failing to appear or participate in the Court-Ordered Rule 26(f) conference on February 7, 2011 in Harrison, Plaintiff filed his Motion To Reschedule Appointment on filed for record on February 14 and dated February 8 by the Plaintiff but apparently marked as posted on February 10 from the postmark on the envelope scan in the file.Tme Motion was numbered Document 37.

The Hearing was Ordered on January 27, 2011, leaving more than adequate time for Plaintiff to receive notice, even by U.S. Mail. He also has email and believed to have a pacer account.

Plaintiff's Motion amounts to a retroactive request for an extension of time to appear or for leave to appear out of time, operating as a request for continuance or expansion of time after the fact. Said Motion fails to comply with Local Rule 6.2(b) which requires a statement that the movant has contacted the adverse party with regard to the Motion and whether the adverse party is opposed to same. Movant did not so contact Defendant prior to his Motion and failed to include either statement, violating the Local

Rule 6.2(b).

Defendant is, was , and would have been in fact so opposed as it regards excepted by 7.2(d0 since the prescribed time, namely 9 A.M. February 7, 2011, had already expired. extending Plaintiff's time or opportunity to appear, and was denied the opportunity to state so for the record. Pursuant to Local Rule 6.2, Plaintiff's Motion should be summarily dismissed.

Furthermore, Local Rule 7.2 requires Plaintiff's Motion to be accompanied by a brief, and there is none, thereby violating that rule and warranting summary dismissal. The Motion is not

WHEREFORE Defendant prays that the Plaintiff's Motion to Reschedule Appointment will be summarily dismissed for any or all of the above reasons or for any reason the Court sees fit.

          Respectfully submitted,

          JASON JONES, et al, Defendnat


By;   _/s/ Matt Stone_____
      Matt Stone    AR BAR NO. 20011143
      509 South Main
      Mountain Home, AR 72653
      870-425-4177 voice
      870-425-4186 fax
      stone_esq@hotmail.com

CERTIFICATE OF SERVICE

I certify by my signature below that a true and accurate copy of the foregoing Motion has been served on Plaintiff on this the 22nd day of February, 2011, by email to stebinns@yahoo.com, where he has agreed to receive service.

/s/ Matt Stone