IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                              PLAINTIFF

VS.                                    3:10-cv-03041-JLH

JASON JONES       dba
MID STATES PROMTIONS                                              DEFENDANT

## MOTION FOR INVOLUNTARY DISMISSAL

COMES NOW the Defendant Jason Jones et al, and pursuant to Fed.R.Civ.P. 41(b)and Local Rule , respectfully states the following for his Motion:

1.      The Plaintiff failed to appear or participate in the Court-Ordered Rule 26(f) conference on February 7, 2011 in Harrison.

2.      That this Hearing was Ordered on January 27, 2011.

3.      That there was more than adequate time for Plaintiff to receive notice, even by U.S. Mail.

4.      That Plaintiff has therefore failed to prosecute this matter.

5.      That Plaintiff therefore failed to comply with the Order of this Court to appear.

6.      That Plaintiff has repeatedly failed to comply with the Federal Rules of Civil Procedure and the Local Rules of this Court throughout this vexing case.

7.      That this action in its entirety should therefore be dismissed pursuant to Fed.R.Civ.P. 41(b).

8.      That if Plaintiff's Motion To Reschedule, which was filed after expiration of the time limit and which lacks a brief is summarily dismissed under separate Motion, there will be no filing or evidence of record before the Court to explain or excuse the Plaintiff's

Failure to Appear, and such absence without justification or excuse would further support summary dismissal of this case for the reasons set forth above.

WHEREFORE the Defendant prays that this Court will grant his Motion and dismiss the case of the Plaintiff for any or all or the good reasons set forth above or for any reason the Court deems appropriate, and Defendant further respectfully seeks any and all other relief to which he may be properly entitled.

                                      Respectfully submitted,

                                      JASON JONES, et al, Defendnat

By;   _/s/ Matt Stone_____
      Matt Stone    AR BAR NO. 20011143
      509 South Main
      Mountain Home, AR 72653
      870-425-4177 voice
      870-425-4186 fax
      stone_esq@hotmail.com

CERTIFICATE OF SERVICE

I certify by my signature below that a true and accurate copy of the foregoing Motion has been served on Plaintiff on this the 23rd day of February, 2011, by email to stebinns@yahoo.com, where he has agreed to receive service.

/s/ Matt Stone