IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                              PLAINTIFF

VS.                                    3:10-cv-03041-JLH

JASON JONES      dba
MID STATES PROMTIONS                                          DEFENDANT

### BRIEF IN SUPPORT OF MOTION FOR INVOLUNTARY DISMISSAL

COMES NOW the Defendant Jason Jones et al, and pursuant to Fed.R.Civ.P. 41(b), respectfully states the following for his Brief:

Plaintiff brought this action against the Defendant, and no counter suit has been filed. On January 27, 2011 the Court Ordered that the parties to meet and complete their 26(f) report and file it with the Court on February 7, 2011, in Harrison. The conference was set for 9 A.M. The Plaintiff failed to appear or participate. Defendant's legal counsel was there from Mountain Home and ready and prepared to complete the report. The report would have been completed on that day but for the absence of the Plaintiff.

Fed.R.Civ.P. 41(b), states a claim can be involuntarily summarily dismissed by the Court for failure to prosecute the case and/or for failing to comply with the Order of the Court. Dismissal is appropriate here because the Plaintiff undeniably failed to comply with the Order of the Court to appear on February 7 to complete the 26(f) report, which would have happened but for the Plaintiff's failure to appear. This obviously complicated, impeded, and frustrated the ability of the Defendant to do his part in completing the cooperative report.

From the date of the Order to the time of the conference, there was more than

adequate time for Plaintiff to receive notice, even by U.S. Mail. The Plaintiff has repeatedly failed to comply with the Federal Rules of Civil Procedure and the Local Rules of this Court throughout this vexing and frivolous case. This action in its entirety should therefore be dismissed pursuant to Fed.R.Civ.P. 41(b).

Furthermore, if Plaintiff's Motion To Reschedule, which was filed after expiration of the time limit and which lacks a brief is summarily dismissed under separate Motion, there will be no filing or evidence of record before the Court to explain or excuse the Plaintiff's Failure to Appear. Such absence without justification or excuse would further support summary dismissal of this case for the reasons set forth above.

WHEREFORE the Defendant prays that this Court will grant his Motion and dismiss the case of the Plaintiff for any or all or the good reasons set forth above or for any reason the Court deems appropriate, and Defendant further respectfully seeks any and all other relief to which he may be properly entitled.

Respectfully submitted,

JASON JONES, et al, Defendnat

By;  _/s/ Matt Stone_____
Matt Stone     AR BAR NO. 20011143
509 South Main
Mountain Home, AR 72653
870-425-4177 voice
870-425-4186 fax
stone_esq@hotmail.com

CERTIFICATE OF SERVICE

    I certify by my signature below that a true and accurate copy of the foregoing Brief has been served on Plaintiff on this the 23rd day of February, 2011, by email to stebinns@yahoo.com, where he has agreed to receive service.

/s/ Matt Stone