IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                      PLAINTIFF

      v.             Civil No. 10-3041

MID STATES PROMOTIONS;
and JASON JONES                                                     DEFENDANTS

### O R D E R

Now on this 23rd day of February, 2011, the captioned matter came on for hearing. Plaintiff appeared *pro se*, and defendants appeared through their attorney Matt Stone. The parties announced that they had reached a settlement, the terms of which were stated on the record. The parties agreed that the settlement had been consummated, and that the matter could be dismissed with prejudice.

**IT IS THEREFORE ORDERED** that this matter is **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                                  /s/ Jimm Larry Hendren
                                                  JIMM LARRY HENDREN
                                                  UNITED STATES DISTRICT JUDGE